IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES J. HUDNALL, SR.,         )
                               )
    Plaintiff,                 )
                               )
                               )     CIVIL ACTION NO.
    v.                         )        2:03cv462-T
                               )            (WO)
DR. MICHAEL ROBBINS,           )
et al.,                        )
                               )
    Defendants.                )
```

ORDER

It is ORDERED that the motion for leave to appeal in forma pauperis, filed by plaintiff on April 13, 2005 (Doc. No. 130), is denied and that the appeal in this cause is certified, pursuant to 28 U.S.C.A. § 1915(a), as not taken in good faith.

DONE, this the 19th day of April, 2005.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE