IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES J. HUDNALL, SR., #155690, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:03cv462-T |
| ) | |
| DR. MICHAEL ROBBINS, *et al.*, ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

On 5 July 2005, the Magistrate Judge filed a Recommendation (Doc. #142) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That the Plaintiff's request for injunctive relief is DISMISSED as moot;

3. That the defendants' motion for summary judgment (Doc. #45) is GRANTED;

4. That this case be and is DISMISSED with prejudice; and

5. That the costs of this proceeding be and are taxed against the plaintiff.

DONE, this the 23rd day of August, 2005.

                                                      /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE